1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA

8

9    RONALD ALEXIS S.Q.,                    No.  1:26-cv-00517-KES-SAB (HC)

10              Petitioner,

11        v.                                ORDER GRANTING PETITION FOR WRIT
                                            OF HABEAS CORPUS
12   CHRISTOPHER CHESTNUT, Warden of
     California City Detention Center; POLLY   Doc. 1
13   KAISER, Acting Field Office Director of
     the San Francisco Immigration and Customs
14   Enforcement Office; TODD LYONS,
     Acting Director of United States
15   Immigration and Customs Enforcement;
     KRISTI NOEM, Secretary of the United
16   States Department of Homeland Security;
     PAMELA BONDI, Attorney General of the
17   United States,

18              Respondents.

19

20        Petitioner Ronald Alexis S.Q. is an immigration detainee proceeding with a petition for

21   writ of habeas corpus and motion for temporary restraining order.[1]  Docs. 1, 4.  The Court has

22   previously addressed the legal issues raised by claim one of the petition.  *See, e.g.*, *R.A.N.O. v.*

23   *Wofford*, No. 1:25-CV-01535-KES-EPG (HC), 2026 WL 40507 (E.D. Cal. Jan. 6, 2026); *Omer*

24   *G. G. v. Kaiser*, No. 1:25-CV-01471-KES-SAB (HC), 2025 WL 3254999 (E.D. Cal. Nov. 22,

_____

[1] As recommended by the Committee on Court Administration and Case Management of the
Judicial Conference of the United States, the Court omits petitioner's full name, using only his
first name and last initial, to protect sensitive personal information.  *See* Memorandum re: Privacy
Concern Regarding Social Security and Immigration Opinions, Committee on Court
Administration and Case Management, Judicial Conference of the United States (May 1, 2018),
https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

1

1  2025); *Guzman v. Andrews*, No. 1:25-CV-01015-KES-SKO (HC), 2025 WL 2617256 (E.D. Cal.

2  Sept. 9, 2025).

3         The Court informed the parties that it intended to rule directly on the petition and ordered

4  respondents to show cause as to whether there are any factual or legal issues in this case that

5  distinguish it from the Court's prior orders in *R.A.N.O. v. Wofford*, *Omer G. G. v. Kaiser*,

6  and *Guzman v. Andrews*, and that would justify denying the petition.  Doc. 6.  Respondents state

7  that "[t]his case does not appear to present any factual or legal issues distinguishing it

8  substantively" from the Court's prior orders.  Doc. 9 at 1.  The Court has previously addressed

9  their arguments in those cases.  Respondents confirm that they waive oral argument and "do not

10  oppose this Court ruling directly on the habeas petition without further briefing."  *Id.* at 2.

11         As respondents have not made any new legal arguments and have not identified any

12  factual or legal issues in this case that would distinguish it from the Court's prior decisions in

13  *R.A.N.O. v. Wofford*, No. 1:25-CV-01535-KES-EPG (HC), 2026 WL 40507 (E.D. Cal. Jan. 6,

14  2026), *Omer G. G. v. Kaiser*, No. 1:25-CV-01471-KES-SAB (HC), 2025 WL 3254999 (E.D. Cal.

15  Nov. 22, 2025), and *Guzman v. Andrews*, No. 1:25-CV-01015-KES-SKO (HC), 2025 WL

16  2617256 (E.D. Cal. Sept. 9, 2025), the petition for writ of habeas corpus is GRANTED as to

17  claim one, for the reasons addressed in those prior orders.[2]

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27

28  _____
[2] The Court need not address petitioner's other claims as petitioner is entitled to the relief he
seeks based on the Court's ruling on claim one.

1    Respondents are ORDERED to release petitioner immediately.  Respondents are

2 ENJOINED AND RESTRAINED from re-detaining petitioner unless they demonstrate, by clear

3 and convincing evidence at a pre-deprivation bond hearing before a neutral decisionmaker, that

4 petitioner is a flight risk or danger to the community such that his physical custody is legally

5 justified.

6    The Clerk of Court is directed to close this case and enter judgment for petitioner.

7

8 IT IS SO ORDERED.

9    Dated:   January 27, 2026   

_____

UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28